another. No opinion. Order affirmed, with $10 costs and disbursements.

CLEEVE, Appellant, v. FISCHER–HANSEN, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Henry F. Cleeve against Carl Fischer-Hansen. L. C. Ferguson, for appellant. W. M. Seabury, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CLEMENT, State Excise Com'r, Appellant, v. STRATTON et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Maynard N. Clement, as state commissioner of excise, against Addison Stratton and another. No opinion. Order affirmed, with $10 costs and disbursements.

CLEMENTS, Respondent, v. NEW YORK CITY INTERBOROUGH RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Arthur Clements, an infant, against the New York City Interborough Railway Company. B. H. Ames, for appellant. A. F. Clark, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the verdict was against the weight of evidence. Order filed.

COHEN, Respondent, v. FEIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Julius Henry Cohen against Edward Fein. No opinion. Judgment of the Municipal Court affirmed, with costs.

COHN, Respondent, v. CATSKILL MOUNTAIN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Emma Cohn against the Catskill Mountain Railway Company. F. H. Osborn, for appellant. H. Gottlieb, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHNFIELD v. O'HARA et al. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Mary A. Cohnfield against Catherine O'Hara and another. From an order opening default of defendant, plaintiff appeals. Order modified, and, as modified, affirmed. J. A. Hodge, for appellant. Harold Swain, for respondent.

PER CURIAM. The order should be modified, by requiring the defendant to stipulate that the plaintiff shall, on five days' notice to the defendant's attorney, be at liberty to take the testimony of any witness to her marriage, for the purpose of perpetuating the evidence to be used upon the trial. As so modified, the order should be affirmed, without costs.

CONGREGATION BIKER CHOLEM LINAS HALALU, Appellant, v. FIRST CHIROWER CONGREGATION et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by the Con-

gregation Biker Cholem Linas Halalu against the First Chirower Congregation and another. No opinion. Appeal dismissed, with $10 costs and disbursements.

CONGREGATION BIKER CHOLEM LINAS HALALU, Appellant, v. FIRST CHIROWER CONGREGATION et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by the Congregation Biker Cholem Linas Halalu against the First Chirower Congregation and another. No opinion. Motion denied.

CONROY, Respondent, v. CLEVELAND, C., C. & ST. L. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) Action by Michael Conroy against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company. No opinion. Judgment and order affirmed, with costs.

CONWAY, Respondent, v. SWIFT & CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Bridget Conway against Swift & Co. No opinion. Judgment and order unanimously affirmed, with costs.

In re COOK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) In the matter of the appraisal of the estate of Frederick Cook, deceased, etc. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and questions for review certified.

CORMACK, Respondent, v. NEW YORK, N. H. & H. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Mark N Cormack against the New York, New Haven & Hartford Railway Company. C. M. Sheafe, for appellant. C. D. Ridgway, for respondent.

PER CURIAM. Determination affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

CORMACK v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Mark N. Cormack against the New York, New Haven & Hartford Railroad Company. No opinion. Motion granted. Order filed.

CORNING GLASS WORKS v. CORNING GLASS CO. et al. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by the Corning Glass Works against the Corning Glass Company and others. From a judgment for defendants, plaintiff appeals. Affirmed. See 75 App. Div. 629, 78 N. Y. Supp. 1112.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J. I dissent upon the ground that the name, "Corning Cut Glass Company," adopted by the defendant, is so nearly like the plaintiff's name as likely to deceive, and that the use thereof by the defendant in the same general business and in the same locality as that of the